UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>        Plaintiff,<br>v.<br><br>PROSPERITY REAL ESTATE &<br>INVESTMENT SERVICES LLC,<br>PROSPERITY INDUSTRIES LLC,<br>KIRK RAYMOND WAECHTER,<br>ALEXANDRA GABRIELLE GIRAUD,<br>USA REALTY GROUP INC., and<br>ROBERT STANLEY TRIPKA<br>        Defendants. | No.: 19-2293 |

## JOINT STIPULATION TO DISMISS

Plaintiff ANDREW R. PERRONG ("Plaintiff") and defendants PROSPERITY REAL ESTATE & INVESTMENT SERVICES LLC, PROSPERITY INDUSTRIES LLC, KIRK RAYMOND WAECHTER, and ALEXANDRA GABRIELLE GIRAUD (collectively, "Prosperity Defendants") voluntarily and respectfully move this Honorable Court to dismiss with prejudice any and all claims and/or judicial demands of any kind or description brought by Plaintiff against Prosperity Defendants in connection with the above-captioned matter, with all parties to bear their own costs. This dismissal does not include defendants USA REALTY GROUP INC. or ROBERT STANLEY TRIPKA.

WHEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that any and all claims asserted by PLAINTIFF against PROSPERITY DEFENDANTS are hereby dismissed, with prejudice, with each party to bear their own respective costs. This dismissal does not include defendants USA REALTY GROUP INC. or ROBERT STANLEY TRIPKA.

Signed this _____ day of _____, 2019.

_____
United States District Court Judge

_____
Andrew R. Perrong
1657 The Fairway #131
Jenkintown, PA 19046
*Pro Se Plaintiff*

Dated: June 27th, 2019

_____
Sean P. Whalen, Esquire
Vintage Law, LLC
6 Coulter Avenue, Suite 1000
Ardmore, PA 19003
*Counsel for Prosperity Real Estate & Investment Services LLC, Prosperity Industries LLC, Kirk Raymond Waechter, Alexandra Gabrielle Giraud*

Dated: June 27, 2019