UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANDREW R. PERRONG
1657 The Fairway #131
Jenkintown, PA 19046
215-791-6957

Plaintiff/ Pro se

VS.     CASE NUMBER: 19-2293

ROBERT STANLEY TRIPKA
122 HARBOR DR.
PALM HARBOR, FL 34683
727-458-9135

Defendant
_____/

FILED
AUG 16 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## DEFENDANT ROBERT STANLEY TRIPKA'S
## Motion for Extension of Time to File a Response to Plaintiff's Complaint served on Defendant (Tripka) on or about August 2, 2019.

COMES NOW, Defendant, Robert Stanley Tripka (Robert)(Bob) for his timely request for extension of time to file a precise, accurate and informed response or obtain legal counsel, and would state as follows:

1. Pursuant to Federal Rule of Civil Procedure 6(b), Defendant (Tripka) hereby requests a 20-day extension of time till September 12, 2019 to file responsive pleadings in this action now pending.
2. On or before August 2, 2019, Defendant Tripka was served with Plaintiff's Complaint and needs more time to either find Legal Counsel or respond in the most accurate and precise way possible.
3. Defendant (Tripka) has reached out via email and made a GOOD FAITH EFFORT to keep this matter from before the Court yet Plaintiff has blatantly refused to any extension of time to keep from a waste of Courts time. (See Exhibit "A" attached and by reference made a part of this action)
4. Other Individual Defendants, Tripka has spoken with have indicated they will also be seeking an extension of time as Tripka is now to properly form a correct and informative answer or other motions to the Court.
5. Under the circumstances, Defendant (Tripka) hereby memorializes his request that the Court extend Defendant's Tripka's response date in order that Defendant (Tripka) not inadvertently miss a deadline for filing its correct and accurate response to the Compliant filed by Plaintiff.
6. For the foregoing reasons, Defendant Tripka, with consent of this Honorable Court Defendant (Tripka) respectfully requests an extension of time to file responses to Plaintiff's Complaint now pending before this Court until September 12, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished to Andrew R. Perrong/ Pro se, this 13th day of August 2019, via US Postal Service, email @ andyperrong@gmail.com and the e-portal service of the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA.

Respectfully Submitted

Robert S. Tripka /s/

Robert S. Tripka
122 Harbor Dr.
Palm Harbor, Fl 34683
Tripbob4@gmail.com
727-458-9135

Page 2 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANDREW R. PERRONG
1657 The Fairway #131
Jenkintown, PA 19046
215-791-6957

Plaintiff/ Pro se

VS.                    CASE NUMBER: 19-2293

ROBERT STANLEY TRIPKA
122 HARBOR DR.
PALM HARBOR, FL 34683
727-458-9135

Defendant
_____ /

### Order

Upon consideration of Defendant Robert Stanley Tripka's Motion for Extension of Time to File a Response to Plaintiff's multiple count Complaint, it is hereby:

ORDERED that Plaintiff Robert Stanley Tripka's Motion for Extension of Time to File a Response is Granted; and it is further

ORDERDED that Defendant Robert Stanley Tripka has until September 12, 2019 to file a response to Plaintiff's multiple count Complaint.

SO ORDERED.

Date: _____

                                        Honorable Gerald Austin McHugh
                                        United States District Judge

SHIP TO:
601 MARKET ST
RM 2609
PHILADELPHIA

USPS TR

9505 5141

**PRIORITY MAIL**

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only



WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:

R. TRIPKA
POB 520
OZONA, FL 34660

TO:

CLERK OF COURT
US DISTRICT COURT ED of PI
2609 US COURTHOUSE
601 MARKET ST