UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANDREW R. PERRONG
1657 The Fairway #131
Jenkintown, PA 19046
215-791-6957

      **Plaintiff/ Pro se**

VS.          **CASE NUMBER: 19-2293**

ROBERT STANLEY TRIPKA
122 HARBOR DR.
PALM HARBOR, FL 34683
727-458-9135

      **Defendant**
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S EXTENSION OF TIME

### BACKGROUND

Plaintiff has wrongfully brought the above sham pleadings against Defendant under the Telephone Consumer Protection Act ("TPCA"), 47 U.S.C. §227, a federal statute.

Plaintiff has knowingly and intentionally made false and misleading statements in his *"brief in opposition"* to the proper and timely request of extension of time by Defendant.

Plaintiff states he has *"repeatedly"* made attempts to confer with Defendant is a *"total falsehood"* to the best of Defendant's knowledge Plaintiff has **never** made such a request in fact Defendant has made numerous attempts by email which Defendant has attached as Exhibit "C" and by mention are made a part of this action. In exhibit "C" Defendant made a timely request for extension of time. Plaintiff took no time to refuse without reason to any extension of time.

Defendant has been nothing less than professional in all communications with the Plaintiff and Mr. Perrong making the statement he (Defendant) has *"engaged in dilatory and harassing conduct"* is very troubling and the Court should take notice of the conduct of the Plaintiff, making statements without proof attached to his (Plaintiffs) brief.

Defendant has reviewed the enormous list of cases Plaintiff has filed and has pending before this Court. Plaintiff seems in the eyes of the Defendant that Mr. Perrong sues anyone that calls his phone despite the harmless reason.

Defendant would further offer as follows to support his request for an extension of time to file his answer and states as follows:

1. Plaintiff has agreed in most cases reviewed by Defendant to said extension of time in all cases said is requested.
2. Defendants request was professional and timely in the request for extension of time to accurately file an answer and/or enlist the aid of an attorney to handle the matter at hand.
3. Defendant has attempted to confer with Plaintiff in that a wrong number is not a violation of the TCPA regulation as seen by Defendant and others.
4. Despite the unproven allegations and the insertion of what is the Plaintiff's belief has failed to prove such allegations with any valid proof other than a theory lodged in his mind.
5. Plaintiff many times in his pleadings used the word "*alleges*" a violation of the TCPA which documents of the Defendant will show that this theory is only in the mind of the Plaintiff.
6. Defendant has stated (exhibit "C") email of August 7 2019 @ 7:13 PM that "*the Court is not pleased with the delay and evasive tactics*" which by Plaintiff are aimed directly at the Defendant. Such comments in the mind of Defendant if true show that the Court is already prejudice against Defendant or is having exparte communications with the Plaintiff or the Plaintiff has again stated untrue statements.
7. Defendant is in no manner requesting an extension to time to cause any delay.
8. Defendant's request is not unreasonable, and Plaintiff will not be prejudiced by said extension of time.
9. Defendant truly believes his request should be granted to assure the most accurate and precise accounting of the events at hand and nothing more.
WHEREFORE, the Defendant would request that this Honorable Court GRANT Defendant's Motion for extension of Time.
Dated: August 19, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished to Andrew R. Perrong/ Pro se, this 19th day of August 2019, via US Postal Service, email andyperrong@gmail.com and the e-portal service of the **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA.**

Respectfully Submitted

\_\_\_\_/s/ Robert Tripka_____

122 Harbor Dr.

Palm Harbor, Fl 34683

Tripbob4@gmail.com

727-458-9135

 Gmail

Bob Trip <tripbob4@gmail.com>

## Perrong V Tripka Federal: 19-2293
5 messages

**Bob Trip** <tripbob4@gmail.com>  Wed, Aug 7, 2019 at 6:27 PM
To: andyperrong@gmail.com

Mr. Perrong,
This is Robert Tripka and in the interest of Justice I would like you to agree to a 20-day extension of time to file responsive pleadings until September 12, 2019, @ 11:59:59 PM? Please. If you agree I will prepare the stipulation for your approval and signing.
Please reply timely.

Robert Tripka

---

**Andy P.** <andyperrong@gmail.com>  Wed, Aug 7, 2019 at 7:13 PM
To: Bob Trip <tripbob4@gmail.com>

I had to spend over $500 because of your evasion of service of process, and the court is not pleased with your delay and evasive tactics. In addition, are you represented by an attorney? Your company will need to be represented by an attorney.
Rather than waste your money, why don't we consider a settlement of this matter? I'm willing to settle this matter for $10,000. Kindly advise.

Thank you kindly,
Andrew Perrong

[Quoted text hidden]

---

**Bob Trip** <tripbob4@gmail.com>  Wed, Aug 7, 2019 at 7:18 PM
To: "Andy P." <andyperrong@gmail.com>

GOOD FAITH EFFORT

Mr. Perrong,
You failed to respond to my request. Are you refusing to grant my amiable request?

R. Tripka
[Quoted text hidden]

---

**Andy P.** <andyperrong@gmail.com>  Wed, Aug 7, 2019 at 7:49 PM
To: Bob Trip <tripbob4@gmail.com>

No extension.
On Wed, Aug 7, 2019 at 7:18 PM Bob Trip <tripbob4@gmail.com> wrote:
> GOOD FAITH EFFORT
>
> Mr. Perrong,
> You failed to respond to my request. Are you refusing to grant my amiable request?
>
> R. Tripka
>
> On Wed, Aug 7, 2019 at 7:13 PM Andy P. <andyperrong@gmail.com> wrote:
>> I had to spend over $500 because of your evasion of service of process, and the court is not pleased with your delay and evasive tactics. In addition, are you represented by an attorney? Your company will need to be represented by an attorney.



EXHIBIT "C" 1 OF 2

Rather than waste your money, why don't we consider a settlement of this matter? I'm willing to settle this matter for $10,000. Kindly advise.

Thank you kindly,
Andrew Perrong

On Wed, Aug 7, 2019 at 6:28 PM Bob Trip <tripbob4@gmail.com> wrote:
> Mr Perrong,
> This is Robert Tripka and in the interest of Justice I would like you to agree to a 20-day extension of time to file responsive pleadings until September 12, 2019, @ 11:59:59 PM? Please, If you agree I will prepare the stipulation for your approval and signing.
> Please reply timely.
>
> Robert Tripka

---

**Bob Trip** <tripbob4@gmail.com>  Wed, Aug 7, 2019 at 7:58 PM
To: "Andy P." <andyperrong@gmail.com>

Mr. Perrong,
I am sorry that you would not like to keep this matter amiable and keep this small matter from before the court. I will file my motion for an extension and serve accordingly.

Sincerely,
Robert Tripka
[Quoted text hidden]



EXHIBIT "C"
2 OF 2